United States District Court
Southern District of Texas
**ENTERED**
April 30, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| WILLIAM JOSEPH SULLIVAN ) | |
| ) | |
| VS. ) | CIVIL ACTION NUMBER |
| ) | M-24-0126 |
| TRACY BELTZ, WARDEN, *et al.* ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Petitioner's request for habeas corpus relief under 28 U.S.C. § 2254. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation entered as Docket Entry Number 3 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to the parties.

DONE on this 30th day of April, 2025, at McAllen, Texas.

_____
Ricardo H. Hinojosa
U.S. DISTRICT JUDGE